| | | |
|---|---|---|
| HESHAM ISMAIL, | : | IN THE UNITED STATES DISTRICT COURT |
| Plaintiff | : | FOR THE EASTERN DITRICT OF |
| | : | PENNSYLVANIA |
| v. | : | |
| | : | CIVIL ACTION- LAW |
| | : | |
| TIMOTHY KOLMAN, ESQ. | : | NO. |
| And KOLMAN LAW, P.C., | : | |
| | : | |
| Defendants | : | JURY TRIAL DEMANDED |

## **CERTIFICATE OF SERVICE**

I, William R.A Rush, Esquire, hereby certify that copies of the Civil Cover Sheet, Complaint, and Designation Form have been sent via electronic transmission and United States Mail, First Class, to the following parties:

**Defendants**
Timothy Kolman, Esq and Kolman Law, P.C.
414 Hulmeville Avenue
Penndel, PA 19047

Respectfully submitted,

By:   **/s/ William R. A. Rush, Esq.**
William R.A. Rush, Esquire
Attorney I.D. 209596
38 N. 6th Street
Reading, PA 19601