IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HESHAM ISMAIL | : |
| | : CIVIL ACTION NO. |
| Plaintiff, | : 2:24-cv-05610-GJP |
| vs. | : |
| TIMOTHY KOLMAN ESQ. And KOLMAN LAW,PC., | : |
| Defendants. | : |

## ORDER

**AND NOW** this _____ of _____, 2025, upon consideration of Defendants' Rule 11 Motion and any response thereto.

**IT IS HEREBY ORDERED and DECREED** that the Motion is **GRANTED**. The Plaintiff's complaint is dismissed with prejudice.

**IT IS FURTHER ORDERED** that Plaintiff shall pay Defendants' legal fees in an amount to be determined by the court.

**IT IS FURTHER ORDERED** that Plaintiff shall pay sanctions of $ _____ .

_____

J.