| | | |
|---|---|---|
| HESHAM ISMAIL, | : | IN THE UNITED STATES DISTRICT COURT |
| Plaintiff | : | FOR THE EASTERN DITRICT OF |
| | : | PENNSYLVANIA |
| v. | : | |
| | : | CIVIL ACTION- LAW |
| | : | |
| TIMOTHY KOLMAN, ESQ. | : | NO. 2:24-cv-05610-GJP |
| And KOLMAN ELY, P.C., | : | |
| | : | |
| Defendants | : | JURY TRIAL DEMANDED |

**AND NOW COMES** The Plaintiff, Hesham Ismail; by and through his attorneys, Rush Law Group, LLC and William R.A. Rush, Esquire, in response to Defendants' Motion for Rule 11 Sanctions, respectfully averring as follows:

1. Denied as a conclusion of law to which no response is required.

2. Denied as a conclusion of law to which no response is required.

3. Admitted.

4. Denied as a conclusion of law to which no response is required.

5. Admitted in part. It is admitted that Defendants made such a request. The remainder of the averments of Paragraph 5 of Defendants' Motion are denied.

6. Admitted.

7. Denied as a conclusion of law to which no response is required.

8. Denied as a conclusion of fact for which strict proof thereof is hereby demanded.

9. Admitted.

10. Admitted.

11. Denied as a conclusion of law to which no response is required.

12. Denied as a conclusion of law to which no response is required. By way of further response, the file was never provided to Plaintiff.

13. Denied as a reference to a writing, which said writing speaks for itself.

14. Denied as a conclusion of fact for which strict proof thereof is hereby demanded.

15. Denied as a conclusion of law to which no response is required.

16. Denied as a conclusion of law to which no response is required.

17. Denied as a conclusion of law to which no response is required.

18. Denied as a conclusion of law to which no response is required.

19. Denied as a conclusion of law to which no response is required.

20. Denied as a conclusion of fact for which strict proof thereof is hereby demanded.

21. Denied as a conclusion of law to which no response is required.

22. Denied as a conclusion of law to which no response is required.

          Respectfully submitted:

          **RUSH LAW GROUP, LLC**

By:    **/s/ William R.A. Rush**
38 N. 6th Street
Reading, PA 19606
610-413-5337
wrush@rushlawberks.com

Date: July 11, 2025