IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HESHAM ISMAIL,<br>*Plaintiff,*<br><br>v.<br><br>TIMOTHY KOLMAN, ESQ., et al.,<br><br>*Defendants.* | CIVIL ACTION<br>NO. 24-5610 |

## ORDER

**AND NOW**, this 14th day of July, 2025, after an on-the-record telephone conference with counsel for the parties, (ECF No. 11), it is hereby **ORDERED** that:

1. Plaintiff's Complaint, (ECF No. 1), is **DISMISSED without prejudice** for the reasons stated on the record.

2. Plaintiff may file an amended complaint **on or before September 12, 2025**.

3. Defendants' motions for sanctions, (ECF Nos. 6 & 8), are **DENIED as moot**.

BY THE COURT:

***/s/ Gerald J. Pappert***
Gerald J. Pappert, J.

1