IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HESHAM ISMAIL, *Plaintiff,* v. TIMOTHY KOLMAN, ESQ., and KOLMAN LAW, P.C., *Defendants.* | CIVIL ACTION NO. 24-5610 |

## ORDER

**AND NOW**, this 29th day of December 2025, upon consideration of the Amended Complaint, (Dkt. No. 13), Defendants' Motion to Dismiss, (Dkt. No. 14), Plaintiff's Response, (Dkt. No. 16), Defendants' Motion for Sanctions, (Dkt. No. 15), Plaintiff's counsel and Defendants' Motion to Withdraw the Amended Complaint, (Dkt. No. 19), Plaintiff's counsel's Motion to Withdraw as Attorney, (Dkt. No. 22), and Plaintiff's "Motion to Reject Counsel of Plaintiff Withdrawal," (Dkt. No. 25), and after a hearing which included Mr. Ismail, (Dkt. No. 21), it is hereby **ORDERED**:

1. Defendants' Motion to Dismiss is **GRANTED**, and the Amended Complaint is **DISMISSED with prejudice**.

2. The Motion for Sanctions is **DENIED as moot**.[1]

3. The Motion to Withdraw the Amended Complaint is **DENIED as moot**.

---

[1] Counsel stated he would withdraw the motion if the Amended Complaint was dismissed with prejudice. (Dec. 17, 2025 Tr. at 58:4–12.)

4.       Plaintiff's counsel's Motion to Withdraw as Attorney is **DENIED as moot**, and the Motion to Reject Counsel of Plaintiff Withdrawal is also **DENIED as moot**.

5.       The Clerk of the Court shall **CLOSE** the case.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.